IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Phyllis A. Cook, :
:
    Plaintiff(s), :
: Case Number: 1:15cv592
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

    The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 29, 2016 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 18, 2016, hereby ADOPTS said Report and Recommendation.

    Accordingly, defendant's decision is REVERSED and REMANDED under sentence four, for further development of the record consistent with the Report and Recommendation, and that judgment be entered.

    This case is hereby TERMINATED from the docket of this Court.

    IT IS SO ORDERED.

                                                                       s/Susan J. Dlott
                                                                    Judge Susan J. Dlott
                                                                    United States District Court